382 A.2d 757

Commonwealth v. Varner, Appellant.

Argued March 16, 1977. John N. Miller, with him David A. Goldman, for appellant; Francis A. Searer, Special Assistant Attorney General, with him

Richard M. Mohler, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.